IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                           )
ABDURRAHMAN ABDULLAH                       )
ALI MAHMOUD AL SHUBATI, et al.,            )
                                           )
    Petitioners,                           )
                                           )
        v.                                 )   No. 07-CV-2338 (CKK)
                                           )
GEORGE W. BUSH, et al.,                    )
                                           )
    Respondents.                           )
_____)

**NOTICE OF APPEARANCE**

    Please take notice of the appearance of the following counsel on behalf of respondents:

        JUDRY L. SUBAR
        U.S. Department of Justice
        Civil Division
        Federal Programs Branch
        Room 7342
        20 Massachusetts Ave., N.W.
        Washington, D.C. 20530
        202-514-3969

Dated: January 2, 2008                      Respectfully submitted,

                                              JEFFREY S. BUCHOLTZ
                                              Acting Assistant Attorney General

                                              DOUGLAS N. LETTER
                                              Terrorism Litigation Counsel

  /s/ *Judry L. Subar*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS A. OLDHAM
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-2000

Attorneys for Respondents