CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ABDURRAHMAN ABDALLAH )
ALI MAHMOUD AL SHUBATI )
ET AL. )
    Plaintiffs )
        v. )   Civil Case Number 07-2338 (HHK)
)
)   Category    G
)
GEORGE BUSH, ET AL. )
)
    Defendants )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on January 2, 2008 from Judge Colleen Kollar-Kotelly to Judge Henry H. Kennedy, Jr. by direction of the Calendar Committee.

(Randomly Reassigned as Case Not Related to 05cv313)

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar Committee

cc: Judge Kollar-Kotelly & Courtroom Deputy
Judge Kennedy & Courtroom Deputy
Liaison, Calendar Committee
Civil Case Processing Clerk