UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI,<br><br>           Detainee,<br><br>ABDULLAH ALI MAHMOUD AL SHUBATI, as Next Friend of ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI,<br><br>           Petitioners/Plaintiffs,<br><br>           v.<br><br>GEORGE W. BUSH, et al.,<br><br>           Defendants. | Civil Action 07-2338 (HHK) |

**ORDER**

Petitioner al Shubati, a Yemeni national, is detained by the U.S. military at Guantánamo Bay Naval Base and has filed a habeas corpus petition challenging the legality of his detention. Before the court is Petitioner's "Motion for Temporary Restraining Order and Preliminary Injunction Requiring Respondents to Provide Counsel for Petitioner and the Court with Thirty Days' Advance Notice of Intended Removal of Petitioner from Guantanamo" [#3].

On June 29, 2007, the Supreme Court granted certiorari in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007).  *See* 75 U.S.L.W. 3707 (June 29, 2007).  On July 26, 2007, the D.C. Circuit granted petitioners' motion to recall the mandate in *Boumediene* pending the Supreme

Court's review of that decision. *See Boumediene*, No. 05-5062 (D.C. Cir. July 26, 2007) (order granting motion and recalling the mandate).

In his motion for thirty days' notice, al Shubati alleges that he might be transferred without notice to Yemen or another country where he may be denied access to the courts and/or tortured. Petitioner seeks an order providing him notice and adequate opportunity to contest any intended transfer and to stay his petition in light of the Supreme Court's pending review in *Boumediene*. Defendants contend, *inter alia*, that *Boumediene* and the Military Commissions Act of 2006 deprive this court of jurisdiction over such motions.[1]

In light of the recall of the mandate in *Boumediene*, and upon consideration of the motions, the oppositions thereto, the record in this case, and pursuant to this court's decision in *Abdah v. Bush*, 2005 WL 711814, at *7 (D.D.C. Mar. 29, 2005), it is this 11th day of January, 2008, hereby

**ORDERED** that the "Motion for Temporary Restraining Order and Preliminary Injunction Requiring Respondents to Provide Counsel for Petitioner and the Court with Thirty Days' Advance Notice of Intended Removal of Petitioner from Guantanamo" [#3] is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The D.C. Circuit, however, has denied motions to vacate a district court's thirty days' notice of transfer orders and has confirmed that district courts may "consider in the first instance respondents' motion to dismiss and petitioners' motions to stay and hold in abeyance, which are currently pending before the district court." *See Al Ginco v. Bush*, 06-5191, at 2 (D.C. Cir. June 7, 2007).