UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI, <br><br> Detainee, <br><br> ABDULLAH ALI MAHMOUD AL SHUBATI, as Next Friend of ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Defendants. | Civil Action 07-2338 (HHK) |

### ORDER

Before the court is Abdurrahman Abdallah Ali Mahmoud Al Shubati's "Amended Emergency Motion to Enter the November 8, 2004 Amended Protective Order from *In Re Guantanamo Bay Detainees Cases*" [#11].  It is this 17th day of January, 2008, hereby

**ORDERED** that defendants shall file any response they may have to this motion on or before January 22, 2008.

Henry H. Kennedy, Jr.<br>
United States District Judge