IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDURRAHMAN ABDULLAH ALI MAHMOUD AL SHUBATI, *et al.*,<br><br>  Petitioners,<br><br>  v.<br><br>GEORGE W. BUSH,<br>  President of the United States, *et al.*,<br><br>  Respondents. | Civil Action No. 07-CV-2338 (HHK) |

**ATTORNEY APPEARANCE**

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-named case.

Dated: February 20, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ *Terry M. Henry*
TERRY M. HENRY
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107

Attorneys for Respondents