IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDURRAHMAN ABDULLAH ALI MAHMOUD AL SHUBATI, et al., <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents. | Civil Action No. 07-2338 (HHK) |

**NOTICE OF APPEAL**

NOTICE is hereby given that respondents/defendants George W. Bush, President of the United States, Robert M. Gates, Secretary, United States Department of Defense, Rear Adm. Mark H. Buzby, Commander, Joint Task Force-GTMO, and Army Col. Bruce Vargo, Commander, Joint Detention Group, JTF-GTMO (i.e., all respondents/defendants herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order dated January 11, 2008 (dkt. no. 9) in its entirety.

//

//

//

Dated:  March 7, 2008	Respectfully submitted,

JEFFREY S. BUCHOLTZ
Assistant Attorney General


DOUGLAS N. LETTER
Terrorism Litigation Counsel


    /s/
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
ROBERT J. KATERBERG
ANDREW I. WARDEN
JAMES LUH
NICHOLAS A. OLDHAM
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-8267
Fax:  (202) 616-8460

Attorneys for Respondents