UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI,<br><br>　　　　Detainee,<br><br>ABDULLAH ALI MAHMOUD AL SHUBATI, as Next Friend of ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI,<br><br>　　　　Petitioners/Plaintiffs,<br><br>　　　　v.<br><br>GEORGE W. BUSH, et al.,<br><br>　　　　Defendants. | Civil Action 07-02338 (HHK) |

## ORDER

Before the court is petitioner's Motion to Reconsider and Vacate February 5, 2008 Order [#19]. Upon consideration of the motion, the opposition thereto and the record of this case, the court concludes that the motion should be denied. Accordingly, it is this 28th day of April 2008, hereby

**ORDERED** that petitioner's motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge