IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GUANTANAMO BAY DETAINEE LITIGATION | MISC. ACTION NO. 08-442 (TFH) |
| ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI<br><br>　　　　　　　Petitioner/Plaintiff,<br>v.<br>**GEORGE W. BUSH**, et al.,<br>　　　　　　　Respondents/Defendants. | CIVIL ACTION NO. 07-CV-02338 (HHK) |

**PETITIONER AL SHUBATI'S STATUS REPORT**

This status report describes the current position of Petitioner Abdurrahman Abdallah Ali Mahmoud Al Shubati's habeas corpus petition, filed on December 31, 2007. Petitioner Al Shubati continues to be detained at Guantanamo Bay Naval Base.

**Factual Return.** Respondent has not produced a factual return in this case.

**Protective Order.** No protective order has been entered. On July 7, 2008, Petitioner filed an Unopposed Motion for Entry of Protective Order.

**Notice of Transfer.** On January 11, 2008, the court entered an order requiring the government to provide counsel for Petitioner and the Court with thirty days advance notice of intended transfer from Guantanamo Bay Naval Base. The government has appealed this order, and that appeal is currently pending. *See Al-Shubati v. Bush*, No. 08-5052 (D.C. Cir. filed March 7, 2008). Both parties have requested that the appeal be stayed pending resolution of a case involving a similar issue.

**Pending Motions.**  This case has one pending motion, Petitioner's Unopposed Motion for Entry of Protective Order, filed July 7, 2008.

**Status of Stay.**  This case has not been stayed.


Dated:  July 18, 2008

Respectfully submitted,

Counsel for Petitioner:

   */s/ Brent N. Rushforth*
Brent N. Rushforth (DC 331074)
Kit A. Pierson (DC 398123)
Sarah B. Pojanowski (DC 502036)
**HELLER EHRMAN LLP**
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

Shayana Kadidal (DC 49512)
Pardiss Kebriaei (DC 51395)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION** | **MISC. ACTION NO. 08-442 (TFH)** |
| **ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI**<br><br>            Petitioner/Plaintiff,<br>    v.<br><br>**GEORGE W. BUSH**, et al.,<br><br>            Respondents/Defendants. | **CIVIL ACTION NO. 07-CV-02338 (HHK)** |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 18th day of July, 2008, I caused a true and correct copy of **PETITIONER AL SHUBATI'S STATUS REPORT** to be served by the ECF system on:

TERRY M. HENRY
ANDREW WARDEN
JUDRY SUBAR
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470
Counsel for Respondents

                                        */s/ Brent N. Rushforth*

3