## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY DETAINEE LITIGATION**<br><br><br>**ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI,** *et al.*<br><br>Petitioners,<br><br>v.<br><br>**BARACK OBAMA,**<br>President of the United States, *et al.*,<br><br>Respondents. | Misc. No. 08-442 (TFH)<br><br><br><br>Civil Action No. 07-2338 (HHK) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice of the withdrawal of the appearance of the following counsel on behalf of the Petitioners:

Jacqueline L. Arana, Counsel
Bed Bath & Beyond Inc.
650 Liberty Avenue
Union, New Jersey 07083
Tel: (908) 855-4209
E-mail: jacquie.arana@bedbath.com

Dated: December 8, 2011

Respectfully Submitted,

Jacqueline L. Arana
Bar No.: JA9967
Bed Bath & Beyond Inc.
650 Liberty Avenue
Union, New Jersey 07083
Tel.: (908) 855-4209
E-mail: jacquie.arana@bedbath.com

83819179.1