IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 20 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ABDURRAHMAN ABDALLAH ALI
MAHMOUD AL SHUBATI (ISN 224)

Petitioner,

v.

BARACK OBAMA, President of the United
States, et al.,

Respondents.

Civil Action No. 07-2338 (~~HHK~~)

[~~PROPOSED~~] ORDER

AND NOW, this 20th day of ~~October~~ December, 2011, upon consideration of the Petitioner's Unopposed Motion to Extend Existing Stay, filed September 30, 2011, it is hereby

**ORDERED** that the Unopposed Motion is GRANTED. The existing stay of proceedings ordered by the Court on August 9, 2010 (Dkt. No. 228) and extended by the Court until September 30, 2011 by Minute Order dated July 29, 2011, is further extended ~~an additional six~~ (~~6 months~~), through and including March 30, 2012, subject to the following:

A. Upon the expiration of the stay, the Parties shall confer as to whether further proceedings are necessary or whether the stay should remain in place. If the Parties determine that further proceedings are necessary, they shall file with the Court a proposed schedule for such proceedings.

B. The terms of the Protective Order, including provisions regarding counsel access to Petitioner, will continue to govern during the duration of the stay.

C. This stay of proceedings includes a stay of all discovery obligations and filings related thereto.

BY THE COURT:

_____
Hon. ~~Henry H. Kennedy, Jr.~~
United States District Judge