IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI (ISN 224),<br><br>Petitioner,<br><br>v.<br><br>BARACK H. OBAMA, President of the United States of America, et al.,<br><br>Respondents. | Civil Action No. 07-CV-2338 (UNA)<br><br>**FILED**<br>APR 24 2012<br>Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## STIPULATION AND ORDER EXTENDING THE STAY BY NINETY DAYS

The parties stipulate that the stay in this case, which is due to expire on March 30, 2012, should be extended for another 90 days. In support of this stipulation, the parties state as follows:

1. On August 9, 2010, the Court granted the parties' joint motion to stay these proceedings until February 6, 2011. (Dkt. No. 228).

2. On February 4, 2011, the Court granted the parties' joint motion to extend the stay of these proceedings until May 31, 2011. (Dkt. No. 235).

3. By Minute Order on July 29, 2011, the Court granted the parties' joint motion to extend the stay of these proceedings until September 30, 2011.

4. The parties have conferred and agree that an extension of the current stay for an additional 90 days is appropriate such that the stay would then expire on June 28, 2012.

5. During this 90-day period, the terms of the Protective Order, including provisions regarding counsel access to Petitioner, will continue to govern this case.

6. During this 90-day period, all discovery obligations and related filing obligations are stayed.

7. Prior to the end of this additional 90 day period, the parties shall confer as to whether

further proceedings are necessary or whether the stay should be extended and for how long. If the parties determine that further proceedings are necessary, they shall file with the Court a proposed schedule for such proceedings.

Dated: March 30, 2012                                          Respectfully submitted,

/s Brent N. Rushforth                                          /s/ Rodney Patton
McKool Smith                                                   Terry M. Henry
1999 K Street, N.W.                                            Andrew I. Warden
Suite 600                                                      Rodney Patton
Washington, D.C. 20006                                         United States Department of Justice
Tel: (202) 370-8304                                            Civil Division, Federal Programs Branch
                                                               20 Massachusetts Ave., N.W.
                                                               Washington, DC 20530
                                                               Tel: (202) 305 7919

*Counsel for Petitioner*                                       *Counsel for Respondents*

SO ORDERED THIS 24th DAY OF April, 2012

_____
Presiding Judge