IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI (ISN 224),<br><br>*Petitioner,*<br><br>v.<br><br>BARACK H. OBAMA, President of the United States of America, *et al.*,<br><br>*Respondents.* | Civil Action No. 07-CV-2338 (UNA) |

## STIPULATION AND ORDER EXTENDING THE STAY PENDING FINAL DISPOSITION OF APPEAL FROM ORDER REGARDING COUNSEL ACCESS

The parties stipulate that the stay in this case, which is due to expire on December 10, 2012, should be extended until 30 days after the final disposition of the appeal from the recent ruling in *In re: Guantanamo Bay Detainee Continued Access to Counsel*, No. 1:12-mc-00398-RCL (D.D.C. Sept. 9, 2012) (ECF No. 32) (the "Counsel Access Case"). In support of this stipulation, the parties state as follows:

1. On August 9, 2010, the Court granted the parties' joint motion to stay these proceedings until February 6, 2011. (Dkt. No. 228).

2. The Court has issued five orders extending this stay, the latest on October 12, 2012 extending the stay until December 10, 2012. (Dkt. No. 254).

3. On September 6, 2012, this Court entered an Order, Counsel Access Case (ECF No. 31) ("Counsel Access Order"), in the Counsel Access Case, granting the Counsel Access Case petitioners' motions for continued counsel access pursuant to the Protective Order issued by Judge Hogan on September 11, 2008. On November 2, 2012, Respondents filed their Notice of Appeal, Counsel Access Case, (ECF 35), from the Counsel Access Order.

4. The parties have conferred and agree that, because the outcome of the pending appeal from the Counsel Access Order will affect the parties' determination as to whether further proceedings are necessary in this case, an extension of the current stay until 30 days after the final disposition of the appeal from the Counsel Access Order is appropriate.

5. During the stay, the terms of the Protective Order, including provisions regarding counsel access to Petitioner, will continue to govern this case.

6. During the stay, all discovery obligations and related filing obligations are stayed.

7. No later than 30 days after final disposition of the appeal from the Counsel Access Order, the parties shall (1) confer as to how they intend to proceed with disposition of this habeas case, and (2) if the parties determine that further proceedings are necessary, file with the Court a proposed schedule for such proceedings.

Dated: December 7, 2012

Respectfully submitted,

*/s/ Brent N. Rushforth*
Brent N. Rushforth
McKool Smith
1999 K Street, N.W. Suite 600
Washington, D.C. 20006
Tel: (202) 370-8304

*Counsel for Petitioner*

*/s/ Robert J. Prince*
Terry M. Henry
Andrew I. Warden
Rodney Patton
Robert J. Prince
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 305 3654

*Counsel for Respondents*

SO ORDERED THIS 14th DAY OF Dec., 2012

Royce C. Lamberth
Presiding Judge