UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) |
| DETAINEE LITIGATION | ) Civil Action Nos. |
| | ) |
| | ) 02-CV-0828, 04-CV-1164, 04-CV-1166, 04-CV-1194, |
| | ) 04-CV-1254, 04-CV-2022, 04-CV-2215, 05-CV-0023, |
| | ) 05-CV-0280, 05-CV-0329, 05-CV-0359, 05-CV-0392, |
| | ) 05-CV-0429, 05-CV-0492, 05-CV-0520, 05-CV-0569, |
| | ) 05-CV-0634, 05-CV-0748, 05-CV-0764, 05-CV-0877, |
| | ) 05-CV-0883, 05-CV-0892, 05-CV-0999, 05-CV-1048, |
| | ) 08-CV-1101, 05-CV-1124, 05-CV-1189, 05-CV-1244, |
| | ) 05-CV-1312, 05-CV-1353, 05-CV-1429, 05-CV-1457, |
| | ) 05-CV-1490, 05-CV-1497, 05-CV-1504, 05-CV-1506, |
| | ) 05-CV-1509, 05-CV-1555, 05-CV-1592, 05-CV-1607, |
| | ) 05-CV-1623, 05-CV-1638, 05-CV-1645, 05-CV-1646, |
| | ) 05-CV-1971, 05-CV-1983, 05-CV-2088, 05-CV-2104, |
| | ) 05-CV-2185, 05-CV-2186, 05-CV-2199, 05-CV-2223, |
| | ) 05-CV-2249, 05-CV-2348, 05-CV-2349, 05-CV-2367, |
| | ) 05-CV-2371, 05-CV-2379, 05-CV-2380, 05-CV-2384, |
| | ) 05-CV-2385, 05-CV-2386, 05-CV-2387, 05-CV-2479, |
| | ) 06-CV-1668, 06-CV-1690, 06-CV-1691, 06-CV-1725, |
| | ) 06-CV-1765, 06-CV-1766, 06-CV-1767, 07-CV-1710, |
| | ) 07-CV-2337, 07-CV-2338, 08-CV-1173, 08-CV-1207, |
| | ) 08-CV-1228, 08-CV-1232, 08-CV-1233, 08-CV-1234, |
| | ) 08-CV-1235, 08-CV-1236, 08-CC-1237, 08-CV-1238, |
| | ) 08-CV-1360, 08-CV-1440, 08-CV-1645, 08-CV-1805, |
| | ) 08-CV-1828, 08-CV-1923, 08-CV-2019, 08-CV-2083, |
| | ) 09-CV-0031, 09-CV-0745, 09-CV-0873, 09-CV-0904, |
| | ) 09-CV-1385, 09-CV-1462, 09-CV-2368, 10-CV-0407, |
| | ) 10-CV-923, 10-CV-1020, 10-CV-1411 |
| | ) |

**RESPONDENTS' NOTICE LIFTING PROTECTED INFORMATION DESIGNATION
OF DECISIONS BY THE GUANTANAMO BAY REVIEW TASK FORCE**

On January 22, 2009, the President issued Executive Order 13492, calling for a

prompt and comprehensive interagency review of the status of all individuals currently

detained at the Guantanamo Bay Naval Base.  *See* Exec. Order No. 13492, 74 Fed. Reg. 4897

(Jan. 22, 2009).  On January 22, 2010, the Guantanamo Bay Review Task Force ("Task Force")

issued its final report announcing that it had reviewed the status of 240 detainees.  *See* Guantanamo Bay Task Force Final Report (Jan. 22, 2010), *available at* www.justice.gov/ag/guantanamo-review-final-report.pdf.  During the one-year period when the Task Force conducted its status reviews, the Court required Respondents in some Guantanamo habeas cases to file status reports informing the Court of Petitioners' Task Force status.  *See, e.g.*, *Al-Odah v. United States*, 02-CV-828 (CKK) (ECF No. 582); *Husayn v. Obama*, 08-CV-1360 (RWR) (ECF No. 198).  For reasons then applicable, Respondents designated the decisions of the Task Force as "Protected Information" pursuant to the Protective Order and Procedures For Counsel Access To Detainees At The United States Naval Station, Guantanamo Bay, Cuba, 577 F. Supp. 2d 143, 151-152 (D.D.C. 2008), and filed that information with the Court under seal and, if necessary, *ex parte*.  *See e.g.*, *Husayn*, 08-CV-1360 (RWR) (ECF No. 198) (ordering that status report containing Task Force status be filed under seal and *ex parte*).

Recently, in response to several Freedom of Information Act (FOIA) requests, the government publicly released a document listing the final decisions of the Task Force with respect to the status of Guantanamo detainees, with certain limited information redacted pursuant to exemptions under FOIA.  For the convenience of the Court and Petitioners, Respondents are filing the recently-released list in all Guantanamo Bay habeas cases in which at least one petitioner is currently held at Guantanamo Bay, whether the case remains pending or not.[1]  *See* Exhibit 1.

---

[1] Respondents previously publicly filed in the Guantanamo Bay litigation a chart listing Guantanamo detainee-petitioners approved for transfer by the Task Force.  *See, e.g.*, *In re Guantanamo Bay Detainee Litigation*, 08-MC-442 (TFH) (ECF No. 1991).  The list being filed today contains the Task Force status determinations for all Guantanamo detainees considered by the Task Force.

Dated: July 8, 2013

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

_____/S/_____
ANDREW I. WARDEN (IN Bar No. 23840-49)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470
Andrew.Warden@usdoj.gov

Attorneys for Respondents