# EXHIBIT 1

SECRET//NOFORN          Final Dispositions as of January 22, 2010

## Guantanamo Review Dispositions

| Country of Origin | ISN | Name | Decision |
|---|---|---|---|
| AF | 4 | Abdul Haq Wasiq | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| AF | 6 | Mullah Norullah Noori | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| AF | 7 | Mullah Mohammed Fazl | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| AF | 560 | Haji Wali Muhammed | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war, subject to further review by the Principals prior to the detainee's transfer to a detention facility in the United States. |
| AF | 579 | Khairullah Said Wali Khairkhwa | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| AF | 753 | Abdul Sahir | Referred for prosecution. |
| AF | 762 | Obaidullah | Referred for prosecution. |
| AF | 782 | Awal Gul | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| AF | 832 | Mohammad Nabi Omari | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| AF | 850 | Mohammed Hashim | Transfer to a country outside the United States that will implement appropriate security measures. |
| AF | 899 | Shawali Khan | Transfer to (b)(1) subject to appropriate security measures. |
| AF | 900 | Mohamed Jawad | Transfer to Afghanistan pursuant to a court order issued in the detainee's habeas case. |
| AF | 928 | Khi Ali Gul | Transfer to a country outside the United States that will implement appropriate security measures. |
| AF | 934 | Abdul Ghani | Transfer to (b)(1) subject to appropriate security measures. The Review Panel understands that (b)(5) |
| AF | 944 | Sharifullah | Transfer to a country outside the United States that will implement appropriate security measures. |
| AF | 975 | Karim Bostan | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war, subject to further review by the Principals prior to the detainee's transfer to a detention facility in the United States. |
| AF | 1008 | Mohammad Mustafa Sohail Bahazada | Transfer to a country outside the United States that will implement appropriate security measures. |
| AF | 1030 | Abdul Qawi | Transfer to a country outside the United States that will implement appropriate security measures. |
| AF | 1045 | Mohammed Kamin | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| AF | 1103 | Mohammed Zahir | Transfer to a country outside the United States that will implement appropriate security measures. |
| AF | 1104 | Mohammed Rahim | Transfer to a country outside the United States that will implement appropriate security measures. |
| AF | 1119 | Ahmid Al Razak | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war, subject to further review by the Principals prior to the detainee's transfer to a detention facility in the United States. |
| AF | 3148 | Haroon al-Afghani | Referred for prosecution. |

~~SECRET//NOFORN~~ Final Dispositions as of January 22, 2010

**Guantanamo Review Dispositions**

| Country of Origin | ISN | Name | Decision |
|---|---|---|---|
| AF | 10028 | Inayatullah | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| AF | 10029 | Muhammad Rahim | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war, subject to further review by the Principals prior to the detainee's transfer to a detention facility in the United States. |
| AG | 238 | Nabil Said Hadjarab | Transfer outside the United States to a country that will implement appropriate security measures. The Review Panel recommends transfer to (b)(1) |
| AG | 288 | Mutia Sadiq Ahmad Sayyab | Transfer outside the United States to a country that will implement appropriate security measures. The Review Panel recommends transfer to (b)(1) |
| AG | 290 | Ahmed Bin Saleh Bel Bacha | Transfer outside the United States to a country that will implement appropriate security measures. The Review Panel recommends transfer to (b)(1) |
| AG | 310 | Djamel Saiid Ali Ameziane | Transfer outside the United States to a country that will implement appropriate security measures. The Review Panel recommends transfer to (b)(1) |
| AG | 311 | Saiid Farhi | Transfer outside the United States to a country that will implement appropriate security measures. The Review Panel recommends transfer to Algeria. |
| AG | 533 | Hasan Zamiri | Transfer to Algeria subject to appropriate security measures. |
| AG | 685 | Said bin Brahim bin Umran Bakush | Referred for prosecution. |
| AG | 694 | Sufyian Barhoumi | Referred for prosecution. |
| AG | 744 | Aziz Abdul Naji | Transfer outside the United States to a country that will implement appropriate security measures. The Review Panel recommends transfer to Algeria. |
| AG | 1452 | Adi Hadi al Jazairi Bin Hamlili | Transfer to Algeria subject to appropriate security measures. |
| AG | 10001 | Bensayah Belkecem | Transfer outside the United States to a country that will implement appropriate security measures. (b)(1) were specifically identified as the appropriate resettlement options. |
| AG | 10002 | Sabir Lahmar | Transfer outside the United States with appropriate security assurances (potential destination countries include (b)(1) . |
| AG | 10005 | Lakhdar Boumediene | Transfer outside the United States with appropriate security assurances (potential destination countries include (b)(1) . |
| AJ | 89 | Polad Sabir Oglu Sirajov | Transfer outside the United States to a country that will implement appropriate security measures. |
| CA | 766 | Omar Khadr | Referred for prosecution. |
| CD | 269 | Mohammed El Gharani | Transfer outside the United States with appropriate security assurances (potential destination countries include Chad). |
| CH | 102 | Nagid Mohammed | Transfer or release outside the United States. |
| CH | 103 | Arkin Mahmud | Transfer or release outside the United States. |
| CH | 201 | Ahmad Tourson | Transfer or release outside the United States. |
| CH | 219 | Abdul Razak | Transfer or release outside the United States. |
| CH | 250 | Hassan Anvar | Transfer or release outside the United States. |
| CH | 275 | Yousef Abbas | Transfer to the United States, or transfer or release outside the United States. |
| CH | 277 | Bahtiyar Mahnut | Transfer or release outside the United States. |

~~SECRET//NOFORN~~  Final Dispositions as of January 22, 2010

**Guantanamo Review Dispositions**

| Country of Origin | ISN | Name | Decision |
|---|---|---|---|
| CH | 278 | Abdul Helil Mamut | Transfer to the United States, or transfer or release outside the United States. |
| CH | 280 | Saidullah Khalik | Transfer to the United States, or transfer or release outside the United States. |
| CH | 281 | Abdul Rahman | Transfer or release outside the United States. |
| CH | 282 | Hajiakbar Abdul Ghuper | Transfer to the United States, or transfer or release outside the United States. |
| CH | 285 | Jallal Adin Abd Al Rahman | Transfer to the United States, or transfer or release outside the United States. |
| CH | 289 | Dawut Abdurehim | Transfer to the United States, or transfer or release outside the United States. |
| CH | 295 | Eman Abdulahat | Transfer to the United States, or transfer or release outside the United States. |
| CH | 320 | Huzaifa Parhat | Transfer to the United States, or transfer or release outside the United States. |
| CH | 328 | Ahmed Mohamed Yaqub | Transfer or release outside the United States. |
| CH | 584 | Adel Noori | Transfer or release outside the United States. |
| EG | 190 | Sherif Fati Ali Al Mishad | Transfer outside the United States to a country that will implement appropriate security measures. |
| EG | 369 | Adel Fattough Ali Algazzar | Transfer outside the United States to a country that will implement appropriate security measures. |
| EG | 535 | Tariq Mahmoud Ahmed Al Sawah | Referred for prosecution. |
| ET | 1458 | Binyam Mohammed | Transfer to the United Kingdom. |
| GZ | 10016 | Zayn al-Ibidin Muhammed Husayn | Referred for prosecution. |
| ID | 10019 | Encep Nurjaman (Hambali) | Referred for prosecution. |
| IZ | 433 | Jawad Jabber Sadkhan | Transfer outside the United States to a country that will implement appropriate security measures. Possible destination countries include Iraq. |
| IZ | 10026 | Nashwan abd al-Razzaq abd al-Baqi (Hadi) | Referred for prosecution. |
| KE | 10025 | Mohammed Abdul Malik Bajabu | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| KU | 213 | Khalid Adullah Mijshad al-Mutayri | Transfer to a country outside the United States that will implement appropriate security measures. This decision is made in accordance with a court order in this detainee's habeas case. The Review Panel recommends transfer to Kuwait fo(b) (5) |
| KU | 232 | Fawzi Khalid Abdullah Fahad Al Odah | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| KU | 551 | Fouad Mahmud Hasan Al Rabia | Pursuant to a court order in this detainee's habeas case and the government's decision not to appeal, transfer to a country outside the United States that will implement appropriate security measures. |
| KU | 552 | Faez Mohammed Ahmed Al-Kandari | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| KU | 10024 | Khalid Sheikh Mohammed | Referred for prosecution. |
| LE | 722 | Jihad Deyab | Transfer to a country outside the United States that will implement appropriate security measures. |

~~SECRET//NOFORN~~   Final Dispositions as of January 22, 2010

## Guantanamo Review Dispositions

| Country of Origin | ISN | Name | Decision |
|---|---|---|---|
| LY | 189 | Salem Abdu Salam Ghereby | Transfer to a country outside the United States that will implement appropriate security measures. |
| LY | 263 | Ashraf Salim Abd al-Salam Sultan | Transfer outside the United States to a country that will implement appropriate security measures. |
| LY | 654 | Abdul Hamid Salam Al-Ghizzawi | Transfer outside the United States to a country that will implement appropriate security measures. |
| LY | 695 | Omar Khalif Mohammed Abu Baker Mahjour Umar | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| LY | 708 | Ismael Ali Faraj Ali Bakush | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| LY | 709 | Abdul Rauf Omar Mohammad Abu Al-Quisin | Transfer outside the United States to a country that will implement appropriate security measures (including any necessary (b) (6) |
| LY | 10017 | Mustafa Faraj Muhammad Masud al-Jadid al-Uzaybi | Referred for prosecution. |
| MO | 197 | Younis Abdurrahman Chekkouri | Transfer to (b)(1) subject to appropriate security measures, including (b)(1), (b)(5) The Review Panel notes that (b)(1), (b)(5) |
| MO | 244 | Abdul Latif Nasir | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| MR | 757 | Ahmed Abdel Aziz | Transfer to (b)(1) subject to appropriate security measures. |
| MR | 760 | Mohamedou Ould Slahi | Referred for prosecution. |
| MY | 10021 | Mohd Farik bin Amin | Referred for prosecution. |
| MY | 10022 | Bashir bin Lap | Referred for prosecution. |
| PK | 1094 | Saifullah Paracha | Referred for prosecution. |
| PK | 1460 | Abdul Rabbani | Referred for prosecution. |
| PK | 1461 | Mohammed Rabbani | Referred for prosecution. |
| PK | 10018 | Ali abd al Aziz Ali | Referred for prosecution. |
| PK | 10020 | Majid Khan | Referred for prosecution. |
| RS | 702 | Ravil Mingazov | Referred for prosecution. |
| SA | 42 | Abd Al Rahman Shalbi Isa Uwaydah | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| SA | 49 | Aasmi Matruq Mohammad Assami | Transfer outside the United States to a country that will implement appropriate security measures (including any necessary (b) (6) |
| SA | 63 | Mohamed Mani Ahmad al Kahtani | Referred for prosecution. |
| SA | 195 | Mohammed Abd Al Rahman Al Shumrant | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| SA | 200 | Saad Muhammad Husayn Qahtani | Transfer to (b)(1) subject to appropriate security measures, including (b)(1), (b)(5) |
| SA | 239 | Shaker Aamer | Transfer to (b)(1) subject to appropriate security measures, including (b)(1), (b)(5) |

SECRET//NOFORN    Final Dispositions as of January 22, 2010
Guantanamo Review Dispositions

| Country of Origin | ISN | Name | Decision |
|---|---|---|---|
| SA | 331 | Ayman Muhammad Ahmad Al Shurfa | Transfer outside the United States to a country that will implement appropriate security measures. The Review Panel recommends transfer to (b)(1), (b)(5) |
| SA | 335 | Khalid Muhammed | Transfer to Saudi Arabia (b) (5) |
| SA | 669 | Ahmed Zayid Salim Al Zuhayri | Transfer to Saudi Arabia subject to appropriate security measures and further disposition in accordance with Saudi law. |
| SA | 682 | Abdullah Al Sharbi | Referred for prosecution. |
| SA | 687 | Abdul Aziz Karim | Transfer to Saudi Arabia (b) (5) |
| SA | 696 | Jabran al Qahtani | Referred for prosecution. |
| SA | 713 | Mohammed Al Zahrani | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| SA | 768 | Ahmed Al-Darbi | Referred for prosecution. |
| SA | 1456 | Hassan Bin Attash | Referred for prosecution. |
| SA | 10011 | Mustafa Ahmad al Hawsawi | Referred for prosecution. |
| SA | 10015 | Mohammed al Nashiri | Referred for prosecution. |
| SO | 567 | Mohammad Sulayman Barre | Transfer to Somaliland subject to appropriate security measures. |
| SO | 10023 | Guleed Hassan Ahmed | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war, subject to further review by the Principals prior to the detainee's transfer to a detention facility in the United States. |
| SO | 10027 | Abdullahi Sudi Arale | Transfer to Somaliland subject to appropriate security measures. |
| SU | 36 | Ibrahim Othman Ibrahim Idris | Transfer to (b)(1) subject to appropriate security measures, including (b) (6) |
| SU | 54 | Mohammed Ahmed | Referred for prosecution. |
| SU | 707 | Noor Uthman Muhammed | Referred for prosecution. |
| SY | 307 | Abd-al-Nisr Khantumani | Transfer outside the United States to a country that will implement appropriate security measures. |
| SY | 312 | Muhammad Khantumani | Transfer outside the United States to a country that will implement appropriate security measures. |
| SY | 317 | Moammar Badawi Dokhan | Transfer outside the United States to a country that will implement appropriate security measures. Possible destination countries include (b)(1) or (b)(1) |
| SY | 326 | Ahmed Adnan Ahjam | Transfer to a country outside the United States that will implement appropriate security measures. |
| SY | 327 | Ali Hussein Muhammed Shaban | Transfer outside the United States to a country that will implement appropriate security measures. |
| SY | 329 | Abd Al Hadi Omar Mahmoud Faraj | Transfer to a country outside the United States that will implement appropriate security measures. |
| SY | 330 | Abdah Muhammad Masum | Transfer to a country outside the United States that will implement appropriate security measures. |
| SY | 489 | Abd Al Rahim Abdul Razaq Janko | Transfer outside the United States to a country that will implement appropriate security measures (possible destination countries include (b)(1) and (b)(1). |

SECRET//NOFORN    Final Dispositions as of January 22, 2010

**Guantanamo Review Dispositions**

| Country of Origin | ISN | Name | Decision |
|---|---|---|---|
| SY | 537 | Mahud Salem Al-Mohammed | Transfer to a country outside the United States that will implement appropriate security measures. |
| TI | 257 | Omar Hamzayavich Abdulayev | Transfer to Tajikistan subject to appropriate security measures. |
| TS | 38 | Ridah Bin Saleh al Yazidi | Transfer outside the United States to a country that will implement appropriate security measures. |
| TS | 46 | Saleh Bin Hadi Asasi | Transfer outside the United States to a country that will implement appropriate security measures. |
| TS | 148 | Adil Mabrouk Bin Hamida | Transfer outside the United States to a country that will implement appropriate security measures. |
| TS | 168 | Adel Al Hakeemy | Transfer to a country outside the United States that will implement appropriate security measures, including possible prosecution. The Review Panel notes that (b)(1) and (b)(1) (b)(5) |
| TS | 174 | Hasham Bin Ali Omar Sliti | Transfer outside the United States to a country that will implement appropriate security measures. |
| TS | 502 | Abdul Bin Mohammed Abis Ourgy | Transfer outside the United States to a country that will implement appropriate security measures. |
| TS | 510 | Barhumi Riyadh Bin Muhammad Tahir Bin Lakhdir Nasri | Transfer outside the United States to a country that will implement appropriate security measures. The Review Panel recommends that the detainee be transferred to (b)(1), (b)(5) |
| TS | 717 | Hedi Ben Hedili Hammami | Transfer outside the United States to a country that will implement appropriate security measures. |
| TS | 892 | Rafiq Bin Bashir Bin Jalud Al Hami | Transfer outside the United States to a country that will implement appropriate security measures. |
| TS | 894 | Abdullah Bin Ali Al Lufti | Transfer outside the United States to a country that will implement appropriate security measures. |
| TZ | 10012 | Ahmed Ghailani | Referred for prosecution. |
| UAE | 309 | Mjuayn Al-Din Jamal Al-Din Abd Al Fadhil Abd Al-Sattar | Transfer to a country outside the United States that will implement appropriate security measures, including (b)(5) |
| UZ | 22 | Shakhrukh Hamiduva | Transfer outside the United States to a country that will implement appropriate security measures (possble destination countries include (b)(1) |
| UZ | 452 | Oibek Jamaladinovich Jabarov | Transfer outside the United States to a country that will implement appropriate security measures (possble destination countries include (b)(1) |
| UZ | 455 | Alisheer Hammedulah | Transfer outside the United States to a country that will implement appropriate security measures (possble destination countries include (b)(1) |
| UZ | 675 | Kamalludin Kasimbekov | Transfer outside the United States to a country that will implement appropriate security measures (possble destination countries include (b)(1) |
| WE | 519 | Mahrar Rafat Al-Quwari | Transfer outside the United States to a country that will implement appropriate security measures. |
| WE | 684 | Mohammed Tahanmatan | Transfer outside the United States to a country that will implement appropriate security measures. |

SECRET//NOFORN  Final Dispositions as of January 22, 2010

**Guantanamo Review Dispositions**

| Country of Origin | ISN | Name | Decision |
|---|---|---|---|
| YM | 26 | Fahed Abdullah Ahmad Ghazi | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 27 | Uthman Abd al-Rahim Muhammad Uthman | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war, subject to further review by the Principals prior to the detainee's transfer to a detention facility in the United States. |
| YM | 28 | Moath Hamza Ahmed Al-Alwi | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| YM | 29 | Mohammed al-Ansi | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war, subject to further review by the Principals prior to the detainee's transfer to a detention facility in the United States. |
| YM | 30 | Ahmed Umar Abdullah al-Hikimi | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 31 | Mahmud Abd Al Aziz Al Mujahid | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| YM | 32 | Faruq Ali Ahmed | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 33 | Mohammed Al-Adahi | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 34 | Al Khadr Abdallah Muhammad Al Yafi | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 35 | Idris Ahmad Abd Al Qadir Idris | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 37 | Abdel Malik Ahmed Abdel Wahab Al Rahabi | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |

SECRET//NOFORN   Final Dispositions as of January 22, 2010
**Guantanamo Review Dispositions**

| Country of Origin | ISN | Name | Decision |
|---|---|---|---|
| YM | 40 | Abdel Qadir Al-Mudafari | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 41 | Majid Mahmud Abdu Ahmed | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| YM | 43 | Samir Naji Al Hasan Moqbil | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 44 | Muhammed Rajab Sadiq Abu Ghanim | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| YM | 45 | Ali Ahmad al-Rahizi | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war, subject to further review by the Principals prior to the detainee's transfer to a detention facility in the United States. |
| YM | 88 | Adham Mohamed Ali Awad | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 91 | Abdel Al Saleh | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |

~~SECRET//NOFORN~~  Final Dispositions as of January 22, 2010

**Guantanamo Review Dispositions**

| Country of Origin | ISN | Name | Decision |
|---|---|---|---|
| YM | 115 | Abdul Rahman Mohammed Saleh Nasir | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b)(5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 117 | Mukhtar Anaje | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b)(5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 128 | Ghaleb Nassar Al Bihani | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| YM | 131 | Salem Ahmad Hadi Bin Kanad | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| YM | 152 | Asim Thahit Abdullah Al-Khalaqi | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 153 | Fayiz Ahmad Yahia Suleiman | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 156 | Adnan Farhan Abd Al-Latif | Transfer to a country outside the United States that will implement appropriate security measures, taking into account any necessary mental health treatment. |
| YM | 163 | Khalid Abd Al Jabbar Muhammad Uthman Al Qadasi | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 165 | Adil Said Al Haj Ubayd Al-Busayss | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b)(5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 167 | Ali Yahya Mahdi | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b)(5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 170 | Sharaf Ahmad Muhammad Mas'ud | Transfer to a country outside the United States that will implement appropriate security measures. |

SECRET//NOFORN         Final Dispositions as of January 22, 2010
Guantanamo Review Dispositions

| Country of Origin | ISN | Name | Decision |
|---|---|---|---|
| YM | 171 | Abu Bakr ibn Ali Muhammad al Ahdal | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 178 | Tariq Ali Abdullah Ba Odah | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 202 | Mahmoud Omar Muhammad Bin Atef | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 223 | Abd al-Rahman Sulayman | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 224 | Abd Al-Rahman Abdullah Ali Shabati | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 233 | Abd al-Razaq Muhammed Salih | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 235 | Saeed Ahmed Mohammed Abdullah Sarem Jarabh | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war, subject to further review by the Principals prior to the detainee's transfer to a detention facility in the United States. |

SECRET//NOFORN          Final Dispositions as of January 22, 2010
**Guantanamo Review Dispositions**

| Country of Origin | ISN | Name | Decision |
|---|---|---|---|
| YM | 240 | Abdallah Yahya Yusif Al Shibli | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 242 | Khalid Ahmed Qasim | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| YM | 249 | Muhammed Abdullah Al Hamiri | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 251 | Muhammad Said Salim Bin Salman | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 252 | Yasin Mohammed Basardah | Transfer outside the United States to a country where the (b) (5) can be mitigated. The Review Panel further recommends that appropriate agencies consider the detainee for transfer pursuant to programs designed to (b) (5) |
| YM | 254 | Muhammad Ali Husayn Khanayna | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 255 | Said Muhammad Salih Hatim | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 256 | Riyad Atiq Ali Abdu Al-Haj | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 259 | Fadhel Hussein Saleh Hentif | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 321 | Ahmed Yaslam Said Kuman | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 324 | Mashur Abdullah Muqbil Ahmed Al-Sabri | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| YM | 434 | Mustafa Abd al-Qawi Abd al-Aziz al-Shamiri | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |

~~SECRET//NOFORN~~   Final Dispositions as of January 22, 2010

**Guantanamo Review Dispositions**

| Country of Origin | ISN | Name | Decision |
|---|---|---|---|
| YM | 440 | Muhammad Ali Abdallah Muhammad Bwazir | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 441 | Abdul Rahman Ahmed | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| YM | 461 | Abd al Rahman al-Qyati | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 498 | Mohammed Ahmen Said Haider | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 506 | Mohammed Khalid Salih al-Dhuby | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 508 | Salman Yahya Hassan Mohammad Rabei'i | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| YM | 509 | Mohammed Nasir Yahi Khussrof Kazaz | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 511 | Sulaiman Awath Silaiman Bin Agell Al Nahdi | Transfer to a country outside the United States that will implement appropriate security measures. |

~~SECRET//NOFORN~~   Final Dispositions as of January 22, 2010

Guantanamo Review Dispositions

| Country of Origin | ISN | Name | Decision |
|---|---|---|---|
| YM | 522 | Yassim Qasim Mohammed Ismail Qasim | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war, subject to further review by the Principals prior to the detainee's transfer to a detention facility in the United States. |
| YM | 549 | Umar Said Salim Al-Dini | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b)(5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 550 | Walid Said bin Said Zaid | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b)(5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 553 | Abdul Khaled Al-Baydani | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 554 | Fahmi Salem Said Al-Asani | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 564 | Jalal Salam Awad Awad | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 566 | Mansour Mohamed Mutaya Ali | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 569 | Suhayl Abdul Anam al Sharabi | Referred for prosecution. |
| YM | 570 | Sabri Muhammad Ibrahim al-Qurashi | Transfer to (b)(1) subject to appropriate security measures. |
| YM | 572 | Salah Mohammad Salih al-Dhabi | Transfer outside the United States to a country that will implement appropriate security measures. |
| YM | 574 | Hamood Abdulla Hamood | Transfer to (b)(1) subject to appropriate security measures, including participation in the (b)(1), (b)(5) |
| YM | 575 | Saa'd Nasser Moqbil al-Azani | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 576 | Zahar Omar Hamis bin Hamdoun | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war, subject to further review by the Principals prior to the detainee's transfer to a detention facility in the United States. |
| YM | 577 | Jamal Muhammad Alwai | Transfer to a country outside the United States that will implement appropriate security measures. |

SECRET//NOFORN  Final Dispositions as of January 22, 2010
**Guantanamo Review Dispositions**

| Country of Origin | ISN | Name | Decision |
|---|---|---|---|
| YM | 578 | Abdul al-Aziz Abduh Abdullah Ali Al Suwaydi | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 627 | Ayman Saeed Abdullah Batarfi | Transfer to Yemen subject to appropriate security measures. |
| YM | 679 | Yasir Ahmad Ali Muhammad Taher | Transfer outside the United States to a country that will implement appropriate security measures. The Review Panel recommends transfer to (b)(1), (b)(5) |
| YM | 680 | Emad Abdallah Hassan | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 681 | Mohammed Mohammed Hasan Al Odaini | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 683 | Fayyad Yahya Ahmed al Rami | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 686 | Abdel Ghaib Ahmad Hakim | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 688 | Fahmi Abdullah Ahmed al-Tawlaqi | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 689 | Mohammed Ahmed Salam | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 690 | Abdul Al Qader Ahmed Hassain | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 691 | Muhammad Ali Salem Al Zarnuki | Transfer to a country outside the United States that will implement appropriate security measures. |
| YM | 692 | Alla Ali Bin Ali Ahmed | Transfer outside the United States to a country that will implement appropriate security measures. The Review Panel recommends the detainee be transferred to (b)(1), (b)(5) |
| YM | 728 | Abdul Muhammad Nassir al-Muhajari | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |

SECRET//NOFORN   Final Dispositions as of January 22, 2010
**Guantanamo Review Dispositions**

| Country of Origin | ISN | Name | Decision |
|---|---|---|---|
| YM | 836 | Ayub Murshid Ali Salih | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| YM | 837 | Bashir Nasir Ali Al-Marwalah | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| YM | 838 | Shawqi Awad Balzuhair | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| YM | 839 | Musab Omar Ali Al-Mudwani | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| YM | 840 | Hail Aziz Ahmed Al-Maythali | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| YM | 841 | Said Salih Said Nashir | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. |
| YM | 893 | Tawfiq Nasir Awad Al-Bihani | At this time, given the current security situation in Yemen, conditional detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war. Before the closure of Guantanamo, the detainee may be transferred if the security situation in Yemen improves, an appropriate rehabilitation program or third-country resettlement option becomes available, or Yemen has demonstrated its ability to (b) (5) or mitigate any threat they pose. At the time of the closure of Guantanamo, the detainee will be reconsidered for transfer to Yemen, a third country, or a detention facility in the United States. |
| YM | 1015 | Husayn Salim Muhammad al-Matari Yafai | Transfer to a country outside the United States that will implement appropriate security measures, taking into account any necessary (b) (6) |
| YM | 1017 | Omar Mohammed Ali Al-Rammah | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war, subject to further review by the Principals prior to the detainee's transfer to a detention facility in the United States. |
| YM | 1453 | Sanad Al Kazimi | Referred for prosecution. |
| YM | 1457 | Sharqawi Abdu Ali Al Hajj | Referred for prosecution. |
| YM | 1463 | Abd Al-Salam Al-Hilah | Continued detention pursuant to the Authorization for Use of Military Force (2001), as informed by principles of the laws of war, subject to further review by the Principals prior to the detainee's transfer to a detention facility in the United States. |
| YM | 10013 | Ramzi Bin Al Shibh | Referred for prosecution. |
| YM | 10014 | Walid Mohammed Bin Attash | Referred for prosecution. |